# Richmond

ELIZABETH K. HENKEL, EXECUTRIX, ETC. V. GUY R. FISHER.

March 14, 1935.

*Allen, Walsh & Waddell,* for the appellant.

*Charles Curry,* for the appellee.